IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RENARD LAMAR TURNER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-1408

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Respondents.

_____/

Opinion filed September 20, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Renard Lamar Turner, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.